FILED

FEB 14 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN C. HAND,<br><br>Defendant. | CV 15-96-H-CCL<br><br><br><br>JUDGMENT |
|---|---|

On January 18, 2017, this Court granted summary judgment to the United States. (ECF No. 18). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that:

1.     Judgment is entered in favor of the plaintiff, United States of America, and against the defendant, Kevin C. Hand, for principal in the amount of $30,107.88, plus interest in the amount of $20,078.34 as of July 25, 2016, for a total amount owed of $50,186.22 as of July 25, 2016, plus interest thereafter on the principal at a rate of $2.88 per day from July 25, 2016 until date of judgment, plus interest from the date of judgment at the legal rate computed daily and compounded annually until paid in full. In addition, Defendant will be liable for all future costs in this action, and a filing fee pursuant to 28 U.S.C. §2412(a)(2) in

the amount of $400.00.

2. Each payment received from defendant shall be applied first to the $400.00 filing fee until paid in full, and then to payment of interest accrued to the date of the receipt of said payment and the balance, if any, to the principal.

DATED this 10th day of February, 2017.

/s/ Charles C. Lovell
CHARLES C. LOVELL
Senior United States District Judge